Mary Searles, Respondent, v. William H. Craig and Edward Van Wormer, Appellants.— Judgment and order affirmed, with costs. All concurred.

Schuyler R. Ingham, Appellant, v. Herkimer County Light and Power Company, Respondent.— Order modified so as to provide that the actual expenses incurred by the attorney for plaintiff in attending the examination before the commissioner of the witness produced on behalf of the defendant are to be paid by the defendant, and also an allowance of $150 as counsel fee; said expenses and allowance to be taxed before a justice of the Supreme Court on three days' notice, payment thereof to be made within ten days after said taxation; and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.

County of Erie, Respondent, v. George Baltz and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of Walter B. Ellis (Respondent) to Compel the Buffalo, Lockport and Rochester Railway Company (Appellant) to Erect a Farm Crossing, etc.— Order of reversal previously entered herein amended by inserting therein the words, "upon both the law and the facts."

The People of the State of New York, Respondent, v. Francesco Fiori, Appellant.— Motion to amend order of reversal previously entered herein denied.

In the Matter of Proceedings to Punish Joseph A. Donovan for Contempt of Court, etc., in an Action Entitled John Friedman and Another v. John Ender and Others.— Motion denied.

Agnes Hoffman, Appellant, v. White Sewing Machine Company, Respondent. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Agnes Hoffman, Respondent, v. John McCarthy and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of Albert A. Fenyvessy (Respondent) for the Removal of J. H. Rebstock Company (Appellant) from Certain Premises in the City of Buffalo.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.